IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEAN MATHIS                                                               PLAINTIFF

vs.              Civil Case No. 4:09CV00889 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                            DEFENDANT

ORDER

Plaintiff's application to proceed in forma pauperis was granted on November 25, 2009. If counsel elects to perfect service by certified mail, he is directed to inform the Court by filing a memo to the file stating this. Counsel must file the memo within twenty days of the date of this Order. If service is to be through the United States Marshal, counsel must provide the necessary Form USM-285, along with three copies of the complaint and summonses to the Marshal, who is directed to serve Defendant without prepayment of fees and costs or security therefor. In order for proper deadlines to be set, counsel must title any return of service in social security appeals as "Summons Returned Executed as to USA."

SO ORDERED this 1st day of December, 2009.

_____
United States Magistrate Judge