IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEAN MATHIS
  on behalf of K.M.                                                        Plaintiff

v.                                4:09CV00889 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                     Defendant

**JUDGMENT**

     Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

     IT IS SO ORDERED.

     DATED this 4th day of October, 2010.

                                                                                                     UNITED STATES MAGISTRATE JUDGE